**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone:  (916) 201-4188
Facsimile:  (916) 442-8299
Email:         Mike.Long.Law@msn.com

Attorney for Defendant
RENEE HERMANN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:24-cr-304 TLN |
| Plaintiff, | **WAIVER OF APPEARANCE FOR DEFENDANT RENEE HERMANN; ORDER** |
| v. | |
| RENEE HERMANN, | **Judge:  Troy L. Nunley** |
| Defendant | |

Defendant RENEE HERMANN, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing or jury trial, and she agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in her absence.  Defendant agrees that her interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if she were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and she has authorized his undersigned

attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with her being personally present.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: February 7, 2025                    Respectfully submitted,

                                               /s/
                                       By: RENEE HERMANN
                                       Defendant

                                               /s/
                                       By: Michael D. Long
                                       Attorney for Defendant
                                       RENEE HERMANN

GOOD CAUSE APPEARING, Defendant RENEE HERMANN's waiver of personal appearance is accepted by the court. IT IS SO ORDERED.

Dated: February 7, 2025

                                       _____
                                       Troy L. Nunley
                                       Chief United States District Judge