ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENEE MICHELLE HERMANN,<br><br>Defendant. | CASE NO. 2:24-cr-00304-JAM-3<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA HEARING ON SEPTEMBER 08, 2026, AND EXCLUDE TIME** |

**STIPULATION**

1. By previous order, this matter was set for status on August 25, 2026 at 9:00 a.m.

2. By this stipulation, the parties now move to continue the status conference, reset this matter for a change of plea hearing for September 8, 2026, and to exclude time between August 25, 2026, and September 8, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery in this matter consisting of in excess of 900 pages of reports and 301 native files containing audio recordings, text messaging and excel files.

b) The parties have reached a plea agreement, and the parties request that the court reset the August 25, 2026 status conference for a change of plea hearing for the Court's calendar on September 8, 2026 at 9:00 a.m.

c) Counsel for the defendant will require additional time to collect mitigation materials, review the charges, and make arrangements for the entry of a guilty plea. Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of August 25, 2026 to September 8, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: August 12, 2026

ERIC GRANT
United States Attorney

By: /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: August 12, 2026

/s/ MICHAEL DONALD LONG
MICHAEL DONALD LONG
Counsel for Defendant
RENEE MICHELLE HERMANN

**ORDER**

Based on the above stipulation, and for good cause shown, the status conference as to Defendant RENEE MICHELLE HERMANN set on August 25, 2026, is **CONTINUED** and **CONVERTED** to a change of plea hearing on **September 08, 2026, at 9:00 a.m.** Additionally, for the reasons stated above, the Court finds that the time period between August 25, 2026 to September 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Codes T4] to allow for defense counsel's effective preparation. Therefore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 12, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE