MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RENEE HERMANN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,
Plaintiff,

v.

RENEE MICHELLE HERMANN,
Defendant.

No. 2:24-cr-00304-JAM-3

**FIRST STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING TO MAY 04, 2027, AND MODIFY PRESENTENCE SCHEDULE**

Judge: Hon. John A. Mendez

==================================

Defendant RENEE HERMANN is requesting a continuance of her sentencing hearing, which is presently set for January 26, 2027, to the new date of May 4, 2027. AUSA Rob Abendroth, on behalf of the United States Attorney's Office, and USPO Miranda Lewis, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: May 4, 2027

Reply, or Statement of Non-Opposition: April 27, 2027

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 20, 2027

Final Presentence Report: April 13, 2027

Informal objections to the Presentence Report: April 6, 2027

Draft Presentence Report: March 23, 2027

///

Dated: November 4, 2026

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Renee Hermann

Dated: November 4, 2026

ERIC GRANT
United States Attorney

/s/ Robert Abendroth
ROBERT ABENDROTH
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties, the Judgment and Sentencing previously set for January 26, 2027, is **RESET** for **May 04, 2027, at 09:00 a.m.**, and the PSR schedule is **AMENDED** as follows:

Judgment and Sentencing Date: May 04, 2027;

Reply, or Statement of Non-Opposition: **April 27, 2027**;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **April 20, 2027**;

Final Presentence Report: **April 13, 2027**;

Informal objections to the Presentence Report: **April 06, 2027**; and

Draft Presentence Report: **March 23, 2027**.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

Dated: November 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE